***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted July 1; remanded for resentencing, otherwise affirmed
August 3, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CLIFFORD DUANE GROSS,
*Defendant-Appellant.*

Umatilla County Circuit Court
20CR61014; A175767

Christopher R. Brauer, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Lauren P. Robertson, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant appeals a judgment convicting him of fourth-degree assault constituting domestic violence, ORS 163.160(3), a Class C felony. The trial court imposed a sentence of 38 months' imprisonment to be followed by 24 months of post-prison supervision. Defendant asserts that the sentence that the trial court imposed constitutes plain error because the combined incarceration term and post-prison supervision term exceed the statutory maximum for the offense, which carries a maximum indeterminate sentence of five years. ORS 161.605(3). *See also* OAR 213-005-0002(4) ("The term of post-prison supervision, when added to the prison term, shall not exceed the statutory maximum indeterminate sentence for the crime of conviction."). The state concedes that the trial court committed plain error in imposing that sentence. We agree and accept the state's concession. Further, because the gravity of the error to defendant is significant, we exercise our discretion to correct the error.

Remanded for resentencing; otherwise affirmed.